Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.T.,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1,<br><br>Defendant. | Case No. 2:22-cv-01140-RSM<br><br>**ORDER TO CONTINUE TRIAL DATE AND AMEND THE CIVIL CASE SCHEDULING ORDER** |

THIS MATTER came before the Court upon the Parties Stipulated Motion to Continue Trial Date and Amend Case Schedule Order. Plaintiff and Defendant, appearing by and through their respective counsel of record, and the court having reviewed the files and records and being fully advised, and good cause appearing, NOW, THEREFORE,

**IT IS HEREBY ORDERED** that the stipulated motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the trial of this action be and is continued from December 11, 2023, to April 29, 2024, and the Civil Case Scheduling Order will be re-issued.

CASE NO. 2:22-CV-01140-RSM
ORDER TO CONTINUE
TRIAL DATE AND AMEND THE CIVIL
CASE SCHEDULING ORDER- 1

DATED this 15th day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

**CEDAR LAW PLLC**

*/s/ Luke Hackenberg*
_____
Lara Hruska, WSBA No. 46531
Luke Hackenberg, WSBA No. 58748
113 Cherry St., PMB 96563
Seattle, WA 98104-2205
lara@cedarlawpllc.com
luke@cedarlawpllc.com
Attorneys for Plaintiff


**ADMON LAW FIRM, PLLC**


     /s/Moshe Admon              
Moshe Y. Admon, WSBA No. 50235
300 Lenora St. #4008
Seattle, WA 98121
jeff@admonlaw.com

CASE NO. 2:22-CV-01140-RSM
ORDER TO CONTINUE
TRIAL DATE AND AMEND THE CIVIL
CASE SCHEDULING ORDER- 2

Attorney for Plaintiff

*Approved as to form*
*Notice of presentation waived:*

**PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S.**


_____/s/Charles Leitch_____
Charles P.E. Leitch, WSBA No. 25443
1000 Second Ave., 30th Floor
Seattle, WA 98104
cpl@pattersonbuchanan.com
Attorney for Defendant

CASE NO. 2:22-CV-01140-RSM
ORDER TO CONTINUE
TRIAL DATE AND AMEND THE CIVIL
CASE SCHEDULING ORDER- 3