UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.T.,<br><br>        Plaintiff,<br><br>        v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1<br><br>        Defendant. | Case No. 2:22-cv-01140-RSM<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgement, Dkt. #25. Plaintiff requests a 7-day extension, up to and through February 26, 2024, to respond to Defendant's Motion currently noted for consideration on February 23, 2024, and requests that the noting date be reset to a date following the filing of Defendant's Reply Memorandum in support of Defendant's Motion. *Id*. at 2. Plaintiff makes these requests due to competing demands of Plaintiff's counsel. *Id*.

Defendant opposes Plaintiff's Motion. Dkt. #27. Defendant argues that Plaintiff has not shown good cause for an extension because Plaintiff has four attorneys, not just counsel with other demands, who can respond to Defendant's Motion. *Id*. at 4. Defendant further argues that Plaintiff was not forthright about his purpose for an extension because Plaintiff failed to mention his newly hired counsel requested an extension to familiarize himself with the record. *Id*. at 4-5.

ORDER - 1

Defendant also argues that Plaintiff should have filed this Motion sooner to the January 30, 2024, filing date of Defendant's Motion. *Id*. at 5. Finally, Defendant argues that granting Plaintiff's Motion will unjustifiably prejudice Defendant. *Id*. at 6.

Due to Plaintiff's counsel having competing demands and new counsel requiring time to familiarize with Plaintiff's case prior to filing a response to Defendant's Motion for Summary Judgment, the Court finds good cause to grant Plaintiff's extension request. To avoid any prejudice to Defendant, the Court will extend the date for Plaintiff's Motion for Partial Summary Judgment as well.

Having considered the briefing and the remainder of the record, the Court finds and ORDERS that Plaintiff's Motion for Extension of Time, Dkt. #25, is GRANTED. The Court DIRECTS the clerk to re-note Defendant's Motion for Summary Judgment, Dkt. #18, and Plaintiff's Motion for Partial Summary Judgment, Dkt. #21, for consideration on March 1, 2024. Plaintiff and Defendant shall have until February 26, 2024, to file their responses.

DATED this 15th day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2