Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.T., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE SCHOOL DISTRICT NO. 1, <br><br> Defendant. | Case No. 2:22-cv-01140-RSM <br><br> ORDER OF DISMISSAL |

Considering the foregoing Unopposed Motion to Dismiss, IT IS HEREBY ORDERED THAT the entirety of the captioned matter against Seattle School District No. 1, be and is dismissed with prejudice.

DATED this 24th day of June, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL
Page 1 of 2
2:22-cv-01140-RSM

Cedar Law PLLC
113 Cherry St., PMB 96563
Seattle, WA, 98104-2205
(206) 607-8277
Fax (206) 237-9101

Presented by:

CEDAR LAW PLLC

_____
Luke Hackenberg, WSBA No. 58748
113 Cherry Street, PMB 96563
Seattle, WA 98104-2205
(206) 607-8277
luke@cedarlawpllc.com
Attorney for Plaintiff

ORDER FOR DISMISSAL
Page 2 of 2
2:22-cv-01140-RSM

Cedar Law PLLC
113 Cherry St., PMB 96563
Seattle, WA, 98104-2205
(206) 607-8277
Fax (206) 237-9101